**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No.: 4:15-CR-00404 HEA/NAB** |
| **vs.** | ) | |
| | ) | |
| **OSCAR DILLON, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT OSCAR DILLON III'S MOTION TO ADOPT DEFENDANT GRADY'S MOTION TO COMPEL PRODUCTION OF GRAND JURY TESTIMONY**

Defendant Oscar Dillon III, by and through his undersigned counsels, hereby respectfully adopts co-defendant Michael Grady's Motion to Compel  Production of Grand Jury Testimony which was previously submitted to this Court as Docket Entry No. 1651.  Respectfully, in support of this motion, Mr. Dillon adopts the arguments set forth by Mr. Grady in his submission, as well as those proffered to this Court during March 29, 2017 in-court colloquy and those contained in both his and co-defendant Grady's submission in support of their Motion to Dismiss Indictment.

Respectfully submitted,

  /s/    *Vadim A. Glozman*
*An Attorney for Oscar Dillon, III*

Blaire C. Dalton, #6305696IL
DALTON LAW, LLC
53 W. Jackson Blvd., Ste. 1420
Chicago, Illinois 60604
(847) 373-4750
blairec.dalton@gmail.com

Vadim A. Glozman, #6315389IL
EDWARD M. GENSON & ASSOCIATES
53 West Jackson Blvd., Suite 1420
Chicago, Illinois 60604
(312) 726-9015
vglozman2@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 10, 2018, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.


  /s/    *Vadim A. Glozman*