

# AUSTIN A. LAYNE MORTUARY, INC.

October 29, 2018

Re: Vergie Mae Thomas

To Whom It May Concern:

This letter is to confirm that Austin A. Layne Mortuary, Inc. is handling the final arrangements for Mrs. Vergie Mae Thomas. The Funeral Service is scheduled for Friday, November 2, 2018. If you have any questions, we may be contacted at 314-381-6900.

In Continued Service,

Cornell W. Robinson, II
Operations Manager