UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 4:15-CR-00404 HEA/NAB |
| vs. | ) |
| | ) |
| OSCAR DILLON, III, | ) |
| | ) |
| Defendant. | ) |

**STATUS REPORT REGARDING MOTION TO DISMISS**

Now comes the defendant, Oscar Dillon III, and respectfully submits the following status report regarding his, and codefendant Michael Grady's, motion to dismiss indictment:

1.  On April 24, 2019, the government filed a motion to produce defendants' hearing exhibits and for an extension of time to respond to the defendants' motion to dismiss. The motion was granted on April 29, 2019, directing defendants to produce all hearing exhibits prior to May 3, 2019, and allowing the government one-week extension to file their response, following the turning of the hearing exhibits.

2.  All of the hearing exhibits were turned over and identified for the government prior to May 3, 2019. Subsequently, the government filed their response on May 8, 2019 to the defendants' motion to dismiss. On May 10, 2019 this Honorable Court accepted the governments overlength response.

3.  The defense does not intend on filing any addition replies and rests on

all of their written submission and in-court arguments.

    4.    As of now, this matter is fully briefed for the Court.

    Respectfully submitted,

    /s/    *Vadim A. Glozman*
    *An Attorney for Oscar Dillon, III*

Blaire C. Dalton, #6305696IL
DALTON LAW, LLC
53 W. Jackson Blvd., Ste. 1550
Chicago, Illinois 60604
(847) 373-4750
blairec.dalton@gmail.com

Vadim A. Glozman, #6315389IL
53 West Jackson Blvd., Suite 1410
Chicago, Illinois 60604
(312) 726-9015
vglozman2@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 12, 2019, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.


                                                      /s/   *Vadim A. Glozman*