UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 4:15-CR-404-HEA-NAB-30 |
| vs. | ) |
| | ) |
| OSCAR DILLON, III, et al., | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT OSCAR DILLON III'S MOTION TO
SCHEDULE TELEPHONE CONFERENCE WITH COURT**

Comes now the Defendant, Oscar Dillon, III, by and through his undersigned attorneys, and respectfully requests this Honorable Court to schedule a telephone conference to discuss the currently pending motions before this Court as well as the overall status of the instant matter. In support, the following is offered:

1. There are currently four motions pending before this Honorable Court. They include two motions to dismiss, an unopposed motion to sever, and a renewed motion for release on bond. This Court has yet to rule on any of the motions, or set a hearing on the renewed motion for bond which has been pending for nearly a month, since being acquitted in *United States v. Dillon*, 17 CR 95.

2. Mr. Dillon respectfully request this Honorable Court to schedule a telephone conference to discuss the status of the aforementioned motions as well as the overall status of the case.

3. Mr. Dillon request that he be allowed to participate in the phone conference, in addition to this Court, the government, and his attorneys.

4. The undersigned has general availability to participate in a telephone conference during the week of March 16, 2020, so long as the telephone conference is scheduled during the afternoon hours.

Wherefore, for the reasons stated above, defendant Oscar Dillon III respectfully requests this Honorable Court to schedule a telephone conference for an afternoon during the week of March 16, 2020. Mr. Dillon requests that he be permitted to participate in the telephone conference, along with his attorneys.

Respectfully submitted,

s/   Vadim Glozman
*An Attorney for Oscar Dillon, III*

Blaire C. Dalton, ID #630569 IL
53 W. Jackson Blvd., Suite 1550
Chicago, IL 60604
847-373-4750
blairec.dalton@gmail.com

Vadim A. Glozman, ID # 6315389 IL
VADIM A. GLOZMAN LTD.
53 W. Jackson Blvd., Suite 1410
Chicago, IL 60604
312-726-9015
vg@glozmanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following: all Attorneys of record.

                                                                               s/    Vadim A. Glozman