UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | S5-4:15CR 404 HEA/NAB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MICHAEL GRADY, and | |
| OSCAR DILLON, III, ) | |
| ) | |
| Defendants. ) | |

**UNITED STATES OF AMERICA'S NOTICE OF INTENT TO INTRODUCE
SELF-AUTHENTICATING RECORDS AT TRIAL**

COMES NOW the United States of America, and states that it intends to rely upon additional certified records of the following entity pursuant to Federal Rule of Evidence 902:

Sprint case number 2016-031377 including call detail records with historic cell cite information for phone number XXX-XXX-2083, previously produced in motion discovery batch 10 on August 21, 2018.

Copies of the records and accompanying certification was provided to counsel for defendants in discovery as listed above.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/Michael A. Reilly*
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 26, 2021, a copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                *s/Michael A. Reilly*
                MICHAEL A. REILLY, #43908MO