UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S5-4:15CR00404 HEA ) |
| MICHAEL GRADY, and<br>OSCAR DILLON, III, | ) ) ) ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION TO DISMISS COUNT 33 (UNLAWFUL FLIGHT TO AVOID PROSECUTION) AND TO ADMINSTRATIVELY RENUMBER REMAINING COUNTS RELATED TO DEFENDANTS GRADY AND DILLON**

COMES NOW the United States of America, by and through Sayler A Fleming, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorney and respectfully moves the Court to dismiss only Count 33 (unlawful flight to avoid prosecution) as to Defendants Grady and Dillon pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

In advance of trial, the Government further moves the Court to administratively renumber the remaining counts pending against Defendants Grady and Dillon as follows:

Count 31 (Drug Conspiracy) to be renumbered as Count One.

Count 32 (Obstruction of Justice) to be renumbered as Count Two.

Count 34 (Money Laundering) to be renumbered as Count Three.

Count 35 (Witness Tampering) to be renumbered as Count Four.

Administratively renumbering the remaining counts will make the indictment easier to follow by the parties, Court, and jury and may reduce speculation among jurors regarding other charges that do not pertain to the Defendants.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ Michael A. Reilly*
MICHAEL A. REILLY #43908MO
Assistant United States Attorney
111 South 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

SO ORDERED:

_____
HON. HENRY E. AUTREY
UNITED STATES DISTRICT JUDGE

Dated: March _____, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2021, the foregoing was filed electronically with the Clerk of the Court to be served upon Counsel of record.

*s/Michael A. Reilly*
Michael A. Reilly, 43908MO
Assistant United States Attorney
